UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jacqueline Avritt and Alan Avritt,

    Plaintiffs,

v.                                                      Civil No. 07-1817 (JNE/JJG)
                                                      ORDER

Reliastar Life Insurance Company,

    Defendant.

In an Order dated June 16, 2009, the Court questioned whether subject matter jurisdiction continued to exist over this matter. The Court stated that the action would be dismissed for lack of subject matter jurisdiction if the parties did not demonstrate by June 25, 2009, that Plaintiffs' claims satisfy the amount-in-controversy requirement of 28 U.S.C. § 1332(a) (2006). The deadline has passed, and no showing regarding the amount-in-controversy requirement has been made. Therefore, IT IS ORDERED THAT:

1.    This action is DISMISSED for lack of subject matter jurisdiction.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 26, 2009

                                                        s/ Joan N. Ericksen
                                                        JOAN N. ERICKSEN
                                                        United States District Judge